ified, so as to disallow and reject the claim of Isaac D. West, as executor, etc., of Caroline S. Percival, which was allowed at $961.39, and the findings contained in the finding of fact numbered II, to the effect that Caroline S. Percival paid for the land which was conveyed to her by the Van Dewalkers, and that after the sale of the land and the receipt of the purchase price by William G. Percival he never paid the same, nor any part thereof, to his wife, are disapproved, and, as so modified, the decree is affirmed, without costs of this appeal to any party.

---

PERRY v. HUDSON & M. R. CO. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Mary Perry against the Hudson & Manhattan Railroad Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 157 App. Div. 790, 142 N. Y. Supp. 768.

---

PIERCE, Respondent, v. ARNOT REALTY CORPORATION, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by William Pierce against the Arnot Realty Corporation. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

In re PIRSON. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) In the matter of the application of Philip Pirson for an order canceling liquor tax certificate No. 13,559, transferred to John Shuster. No opinion. Order affirmed, with costs.

---

PRITCHARD, Respondent, v. ELSNER, Appellant. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Action by Frank Pritchard against Kurt L. Elsner. No opinion. Judgment and order unanimously affirmed, with costs.

---

In re PUBLIC SERVICE COMMISSION FOR FIRST DIST. (GRAVESEND AVE. ROUTE—ROUTE NO. 49). (Supreme Court, Appellate Division, Second Department. March 13, 1914.) In the matter of the application of the Public Service Commission for the First District for the appointment of three commissioners, etc. (Gravesend Avenue Route—Route No. 49.) No opinion. Motion granted. Hon. William Watson, Jos. H. Esquirol, Esq., and F. Wilder Bellamy, Esq., appointed commissioners. See, also, 145 N. Y. Supp. 1142.

---

PURCELL, Respondent, v. AMERICAN MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Action by Mary Purcell, an infant, by William J. Purcell, her guardian ad litem, against the American Manufacturing Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

RAKAS, Respondent, v. PHILADELPHIA COAL & IRON CO., Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Enick Rakas, an infant, etc., against the Philadelphia Coal & Iron Company. P. M. Brown, of New York City, for appellant. J. C. Robinson, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

REDFIELD BROS., Inc., Respondent, v. FOLLETT, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by the Redfield Bros., Incorporated, against Charles A. Follett. No opinion. Order reversed, with $10 costs and disbursements, and motion to dismiss for lack of prosecution granted, with $10 costs.

---

REES v. UNITED STATES OXYGEN CO. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by William A. Rees against the United States Oxygen Company. No opinion. Motion denied, with $10 costs. Settle order on notice. See, also, 158 App. Div. 935, 143 N. Y. Supp. 1140; 146 N. Y. Supp. 1109.

---

REES et al. v. UNITED STATES OXYGEN CO. et al. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by William A. Rees and others against the United States Oxygen Company, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 146 N. Y. Supp. 1109.

---

REID v. MEDICAL SOCIETY OF ONEIDA COUNTY (two cases). STRANAHAN v. SAME. GROFF v. SAME. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Actions by William B. Reid, by George C. Reid, by J. Orley Stranahan, and by John E. Groff against the Medical Society of the County of Oneida. No opinions. Judgment in each case affirmed, with one bill of costs. Held, that the actions were prematurely brought.

---

REILLY v. STEINHART. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Hugh J. Reilly against Frank Steinhart. No opinion. Motion denied, with $10 costs. Order filed. See, also, 146 N. Y. Supp. 534.

---

REINLE v. FRITZ et al. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Phillipp J. Reinle against Charles B. Fritz and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 145 N. Y. Supp. 1142.

---

REUSENS v. GIRARD et al. (Supreme Court, Appellate Division, First Department.